UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES UNIFIED SCHOOL DISTRICT,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>C.M., an individual;<br>and MIZRA FONSECA, an individual,<br><br>　　　　　　Defendants. | CASE NO. CV 08-00424 MMM (JCx)<br><br>JUDGMENT FOR DEFENDANTS |

On June 17, 2009, the court issued findings of fact and conclusions of law, denying plaintiff's appeal of an administrative ruling regarding the public educational services the Los Angeles Unified School District (the "District") provided to C.M., and the adequacy of those services under the Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400, et seq. ("IDEA"), and affirming the ALJ's decision in all respects. On September 16, 2009, the court issued an order granting defendants' motion for attorneys' fees and awarding defendant $327,058.49 in fees and expenses. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That the findings of Office of Administrative Hearings Administrative Law Judge ("ALJ") Eileen M. Cohn are affirmed in all respects;

2. That defendants C.M. and Fonseca recover $327,058.49 in attorneys' fees and expenses; and

3. That the attorneys' fees award bear post-judgment interest at an annual rate of 0.09% until paid.

DATED: September 16, 2009

        *Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE