UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES UNIFIED SCHOOL DISTRICT, <br><br> Plaintiff, <br><br> vs. <br><br> C.M., an individual; <br> and MIZRA FONSECA, an individual, <br><br> Defendant. | CASE NO. CV 08-00424 MMM (JCx) <br><br> JUDGMENT FOR DEFENDANT FONSECA |

Defendant Mizra Fonseca sought attorneys' fees as a prevailing party in this action. On August 13, 2010, the court granted her motion.

IT IS THEREFORE ORDERED AND ADJUDGED

1. That plaintiff Mizra Fonseca recover attorneys' fees of $322,411.38 and costs of $6,262.11 from the Los Angeles Unified School District.

DATED: August 13, 2010

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE